Pernell W. McGuire
State Bar No. 015909
**Law Office of Pernell W. McGuire, P.L.L.C.**
528 W. Aspen, Suite 1
Flagstaff, AZ 86001
(928) 779-1173
(928) 779-1175 (facsimile)
pmcguire@pmcguirelaw.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE<br><br>MICHAEL AND DIVERA HAMILTON | **Case No. 08-00531-RTBP**<br><br>Chapter 11<br><br>**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY SAXON MORTGAGE SERVICES INC.** |

Debtors, through counsel undersigned hereby respond to the Motion for Relief from Automatic Stay filed by Mortgage Electronic Systems as nominee for Saxon Mortgage Services, Inc.. In support of this response the debtors represent as follows. The real property upon which Saxon Mortgage Services asserts a security interest is necessary to an effective reorganization in this case. In addition, Movant has never prior to the filing of its motion requested adequate protection from the debtors. The debtor disputes Movant's assertion that the failure to make post-petition payments constitutes cause for lifting the automatic stay. This is a chapter 11 proceeding and the debtor is prohibited from making any payments to pre-petition creditors prior to plan confirmation in the absence of an order from the Court permitting such payments.

The debtors believe that there is sufficient equity at this time to adequately protect the Movant's interest in the property.

WHEREFORE, the debtors respectfully request that the Court deny the Motion and for such further relief as is just.

RESPECTFULLY SUBMITTED this 16TH day of April, 2008.

                      LAW OFFICE OF PERNELL W. MCGUIRE, PLLC

                      /s/ Pernell W. McGuire
                      Pernell W. McGuire

Copy of the forgoing
Mailed this 16th day of
April, 2008 to:

Mark Bosco
2525 E. Camelback, Suite 300
Phoenix, AZ 85016

/s/ Juli Collins
Juli Collins