Pernell W. McGuire
State Bar No. 015909
**Law Office of Pernell W. McGuire, P.L.L.C.**
528 W. Aspen, Suite 1
Flagstaff, AZ 86001
(928) 779-1173
(928) 779-1175 (facsimile)
pmcguire@pmcguirelaw.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE | **Case No. 08-00531-RTBP** |
|---|---|
| MICHAEL AND DIVERA HAMILTON, | Chapter 11 |
| Debtors. | **RESPONSE TO 2nd MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY SAXON MORTGAGE SERVICES INC.** |

Debtors, through counsel undersigned hereby respond to the Motion for Relief from Automatic Stay filed by Mortgage Electronic Systems as nominee for Saxon Mortgage Services, Inc. In support of this response the debtors represent as follows. This is apparently the 2nd Motion for Relief from Stay filed by Saxon. Saxon's first Motion to Lift Stay was filed on March 20, 2008. The debtors filed a response to this Motion on April 8, 2008. Saxon never set a hearing on this motion and no ruling on the motion has ever been given.

Saxon has now filed a second motion requesting stay relief on the same grounds as the first motion. The debtors oppose stay relief on the same grounds given in their response to Saxon's first Motion for Relief and request that the Court not modify the stay.

1 | RESPECTFULLY SUBMITTED this 14th day of August, 2008

LAW OFFICE OF PERNELL W. MCGUIRE, PLLC

/s/ Pernell W. McGuire
Pernell W. McGuire

Copy of the forgoing
Mailed this 15th day of
August, 2008 to:

Mark Bosco
2525 E. Camelback, Suite 300
Phoenix, AZ 85016

/s/ Juli Collins
Juli Collins