# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-15917/0019563188

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Michael Hamilton and Divera Hamilton<br>   Debtors.<br>_____<br>Bank of America, NA<br><br>   Movant,<br> vs.<br><br>Michael Hamilton and Divera Hamilton, Debtors,<br>Office of the US Trustee.<br><br>   Respondents. | No. 2:08-bk-00531-RTBP<br><br>Chapter 11<br><br>MOVANT'S MOTION TO LIFT<br>THE AUTOMATIC BANKRUPTCY STAY<br><br><br>RE: Real Property Located at<br>13501 Angel Valley Rd.<br>Sedona, AZ 86336 |

  Movant hereby request an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Mortgage/Deed of Trust on real property owned by the debtors, by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

…………………………..

Dated this 15th day of December, 2008.

                              Respectfully submitted,

                              TIFFANY & BOSCO, P.A.


BY  /s/ MSB # 010167
      Mark S. Bosco
      Leonard J. McDonald
      Attorneys for Movant

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Michael Hamilton and Divera Hamilton filed a voluntary petition for protection under Chapter 11 of the Bankruptcy Code. (No trustee has been appointed and debtors continue to act as debtors in possession.)

Debtors have an interest in certain real property located in Yavapai County, Arizona, more particularly described as:

A parcel of land located in Government Lot 3 in Section 12, Township 16 North, Range 4, East of the Gila and Salt River Base and Meridian, Yavapai County, Arizona, described as follows:

COMMENCING at a BLM brass cap marking the Northwest Corner of Said Section 12;
THENCE North 89 degrees, 53 minutes, 19 seconds East, 502.14 feet to a BLM brass cap marking the Southwest corner of Section 31, Township 17 North, Range 5 East;

THENCE North 89 degrees, 48 minutes, 14 seconds East, 1261.92 feet along the South line of said Section 31:

THENCE North 89 degrees, 48 minutes, 14 seconds East, 496.17 feet along the South line of said Section 31;

THENCE South 10 degrees, 58 minutes, 00 seconds East, 502.98 feet to the True Point of Beginning;

THENCE along the arc of a curve to the right, said curve having a radius of 1280.00 feet, an arc length of 110.72 feet, a central angle of 94 degrees, 57 minutes, 21 seconds, a chord bearing of North 80 degrees, 08 minutes, 31 seconds East and a chord length of 110.68 feet;

THENCE North 82 degrees, 37 minutes, 11 seconds East, 92.95 feet;

THENCE South 00 degrees, 18 minutes, 41 seconds East, 318.38 feet;

………………..

THENCE North 89 degrees, 52 minutes, 36 seconds West, 295.28 feet along the South line of said Government Lot 3;

THENCE North 00 degrees, 18 minutes, 41 seconds West, 262.51 feet;

THENCE along the arc of a curve to the right, said curve having a radius of 1280.00 feet, an arc length of 96.86 feet, a central angle of 04 degrees, 20 minutes, 46 seconds East, and a chord length of 96.84 feet to the True Point of Beginning.

A Note was executed which is secured by a Deed of Trust, dated January 23, 2007, recorded in the office of the Yavapai County Recorder's Office. True copies of the Deed of Trust and Assignment are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

Debtors are in default on the obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after September, 2007.

Debtors are in default on their obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after September 1, 2007. The current default amount is set forth below:

| | |
|---|---|
| 16 Monthly Payments at $1,022.66 (September 1, 2007-December 1, 2008) | $16,362.56 |
| Late Charges | $200.00 |
| Other Fees | $467.00 |
| Total Fees | $39.00 |
| Bankruptcy Attorney Fees & Costs | $800.00 |
| Motion for Relief Filing Fee | $150.00 |
| Total Amount Of Post Petition Default | $18,018.56 |

Furthermore, a payment becomes due on January 1, 2009 and on the 1st day of every month thereafter, and a late charge becomes due on any payment not paid within fifteen (15) days from the date the monthly payment is due.

Movant is informed and believes and therefore alleges that the Debtors and estate have no equity in the property; that the Property is not necessary to an effective reorganization in light of the amount of equity Movant's lien as well as other liens remaining unpaid on the Property; and that the Property, rents, issues
…………………………..

and profits therefrom are burdensome and of inconsequential value to the estate.

Further, Movant is informed and believes and therefore alleges that the Debtor and the estate are not adequately protected based upon the Debtor's failure to make payments on a timely basis.

Debtors are indebted to Bank of America, NA in the total amount of $132507.9000, plus accruing interest, costs, and attorneys' fees.

## **CONCLUSION**

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) and Movant may immediately enforce and implement the order for relief from the automatic stay as to the debtors, their bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict debtors and/or successors of debtors; and to obtain ownership, possession and control of the Property.

DATED this 15th day of December, 2008.

BY   /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    2525 East Camelback Road, Ste. 300
    Phoenix, Arizona 85016
    Attorneys for Movant