This Instrument Prepared By:
Kim Curren
After Recording Return To:
National City Mortgage
P.O. Box 8800
Dayton, OH 45401-8800
(937) 910-5294

Ana Wayman-Trujillo, Recorder
OFFICIAL RECORDS OF YAVAPAI COUNTY
NATIONAL CITY MORTGAGE    AODT

B-4513 P-923
06/11/2007 02:46P
14.00  4145069

B-4513 P-923
Page: 1 of 1
AODT    4145069

Parcel: _____

SPACE ABOVE THIS LINE FOR RECORDER'S USE

NCM#: 5335172
MIN and MERS Phone:

HAMILTON, MICHAEL
Recording District: Yavapai

## ASSIGNMENT OF Deed of Trust

For value received, the undersigned, hereby grants, assigns and transfers to: BANK OF AMERICA located at 31 West Patrick Street, Frederick, MD 21701, all beneficial interest under that certain Deed of Trust dated 1/18/2007 executed by:

Trustor(s)   MICHAEL, HAMILTON

to CHRISTOPHER R. PERRY, ATTORNEY AT LAW for NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK, in the amount of: $133,000.00, recorded 1/23/2007 as Instrument No.:  in Book/Volume: 4474, Page: 757 of the Official Records of Yavapai County, Arizona describing the land therein:

Property Address:    13501 ANGEL VALLEY RD, SEDONA, AZ 86336
Legal Description As Per Deed of Trust Referred To Herein    **RECORD SECOND**

Together with the Note or Notes therein described or referenced to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

National City Mortgage Co, a subsidiary of National City Bank

Jeff Blum, Supervisor

State of OHIO    County of MONTGOMERY

On 5/21/2007 before me, Joseph L. Niswonger the undersigned, a Notary Public in and for the State of OHIO, personally appeared Jeff Blum, Supervisor of National City Mortgage Co, a subsidiary of National City Bank personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that for his signature on the instrument the person, or the entity upon behalf of which he acted, executed the instrument.



JOSEPH L. NISWONGER, Notary Public
In and for the State of Ohio
My Commission Expires Nov. 9, 2008

Joseph L. Niswonger, Notary Public in and for the State of OHIO
My Commission Expires: 11/9/2008    My County of Residence: MONTGOMERY