# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

*Hearing Information:*

|  |  |
|---|---|
| Debtor: | MICHAEL & DIVERA HAMILTON |
| Case Number: | 2:08-BK-00531-RTBP   Chapter: 11 |
| Date / Time / Room: | MONDAY, DECEMBER 14, 2009 10:00 AM   PRESCOTT |
| Bankruptcy Judge: | REDFIELD T. BAUM |
| Courtroom Clerk: | LORRAINE DAVIS |
| Reporter / ECR: | JUANITA PIERSON-WILLIAMS |

*Matters:*

1) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BANK OF AMERICA (13501 ANGEL VALLEY RD SEDONA)
   R / M #:   130 / 0

   **VACATED: MOTION W/DRAWN: DKT 247**

2) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NATIONAL CITY MORTGAGE (13501 ANGEL VALLEY RD SEDONA)
   R / M #:   157 / 0

3) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (13800 ANGEL VALLEY RD. SEDONA, AZ)
   R / M #:   66 / 0

4) ADM: 2:08-bk-00531-RTBP
   CONTINUED CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY INDYMAC BANK F.S.B.
   R / M #:   18 / 0

5) ADM: 2:08-bk-00531-RTBP
   CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (13800 ANGEL VALLEY ROAD, SEDONA)
   R / M #:   21 / 0

6) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NATIONAL CITY MORTGAGE CO.
   R / M #:   46 / 0

*Appearances:*

PERNELL W. MCGUIRE, ATTORNEY FOR DIVERA HAMILTON, MICHAEL HAMILTON, MICHAEL HAMILTON, DIVERA HAMILTON
LEONARD J. MCDONALD, ATTORNEY FOR MERS, NATIONAL CITY MORTGAGE
MATTHEW A. SILVERMAN, ATTORNEY FOR INDYMAC BANK

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:08-BK-00531-RTBP          MONDAY, DECEMBER 14, 2009 10:00 AM

## *Proceedings:*

Mr. McGuire advises the court than an adequate protection agreement has been reached with Indymac Bank and he will lodge an order.  He reviews the status of the other matters and advises the court he will be filing an amended plan which he would like set in January.  The other matters may trail the calendar.

Mr. McDonald has no objection.

COURT:  IT IS ORDERED setting a confirmation hearing for 2/8/10 @ 10:00 a.m.  This is not an evidentiary
       hearing.  IT IS ORDERED directing the debtor to file the plan no later than 12/23/09.  Mr. McGuire
       is directed to serve & lodge an order.  The stay relief motions are continued to 2/8/10 at 10:00 a.m.