**SO ORDERED.**

**Dated: July 20, 2010**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**



MCGUIRE GARDNER P.L.L.C.
Pernell W. McGuire  (SBN 015909)
320 N. Leroux
Flagstaff, AZ  86001
Telephone: (928) 779-1173
Facsimile: (928) 779-1175
pmcguire@mcguiregarnder.com
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE | Case No. 08-00531-RTBP |
| MICHAEL AND DIVERA HAMILTON | Chapter 11 |
| Debtors. | **ORDER GRANTING MOTION TO CONTINUE CONFIRMATION HEARING SCHEDULED FOR JULY 16, 2010** |

The Court having considered the Debtors' Motion to Continue Confirmation Hearing, and good cause appearing therefore, it is hereby,

ORDERED continuing the confirmation hearing to September 13, 2010 at 9:00 a.m. at the United States Bankruptcy Court, U.S. Post Office Building C, 101 W. Goodwin Street, Prescott, Arizona.

_____
UNITED STATES BANKRUPTCY JUDGE

1